# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-3255

———————————————

T.R., Father of C.R., Minor
Child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

December 6, 2018

Per Curiam.

    Affirmed.

Wolf, Lewis, and Wetherell, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Timothy M. Beasley of The Beasley Law Firm, P.L., Shalimar, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee; Thomasina Moore and Sara Elizabeth Goldfarb, Guardian ad Litem Program, Tallahassee, and David A. Davis, Florida Statewide Guardian ad Litem Office, Defending Best Interests Project, Tallahassee, for Appellee.